COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO HEALTHCARE SYSTEM LTD. D/B/A DEL SOL MEDICAL CENTER, | § § § | No. 08-13-00001-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| RAMONA LOPEZ, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2008-1742) |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Appellant represents that parties have resolved the litigation in the underlying case and requests this Court enter an order dismissing the appeal. Appellee does not oppose the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant Appellant's motion and dismiss the appeal. Because the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

February 6, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.